IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOEL KENNETH PARKER,                                           PLAINTIFF
#58037

v.                       3:13CV00160-BSM

PILOT TRUCK STOP CORPORATION, et al.                  DEFENDANTS

## ORDER

Plaintiff's Motion for Extension of Time to file an <u>in forma pauperis</u> Motion (Doc. No. 5) is GRANTED in part. Plaintiff shall pay the $400 filing fee or file an <u>in forma pauperis</u> Motion within thirty days of the date of this Order. Failure to comply with this Order shall result in the dismissal without prejudice of Plaintiff's Complaint. <u>See</u> Local Rule 5.5(c)(2).

IT IS SO ORDERED this 10th day of February, 2014.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE