**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

JOEL KENNETH PARKER,                                                                PLAINTIFF
#58037

v.                                              3:13CV00160-BSM

PILOT TRUCK STOP CORPORATION, et al.                                   DEFENDANTS

**ORDER**

Plaintiff's Motion for Extension of Time to file an in forma pauperis Motion (Doc. No. 5)

is GRANTED in part.  Plaintiff shall pay the $400 filing fee or file an in forma pauperis Motion

within thirty days of the date of this Order.  Failure to comply with this Order shall result in the

dismissal without prejudice of Plaintiff's Complaint.  See Local Rule 5.5(c)(2).

IT IS SO ORDERED this 10th day of February, 2014.

_____

JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE