IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**JOEL KENNETH PARKER**                                                                           **PLAINTIFF**

v.                              **CASE NO. 3:13CV00160 BSM**

**PILOT TRUCK STOP CORPORATION, et al.**                                   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered this day, this case is hereby dismissed with prejudice.

IT IS SO ORDERED this 10th day of March 2014.

_____
UNITED STATES DISTRICT JUDGE