## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**JOEL KENNETH PARKER**                                                    **PLAINTIFF**

**v.**                               **CASE NO. 3:13CV00160 BSM**

**PILOT TRUCK STOP CORPORATION, et al.**                        **DEFENDANTS**

## <u>ORDER</u>

Plaintiff Joel Kenneth Parker's motion for reconsideration [Doc. No. 12] is denied. On March 10, 2014, Parker's case was dismissed as time-barred.  *See* Doc. Nos. 10, 11.  On May 19, 2015, Parker moved for reconsideration of the judgment, pursuant to Fed. R. Civ. P. 60(b).  Rule 60(c)(1), however, provides that a motion under Rule 60(b) "must be made within a reasonable time" or, for certain grounds, within one year.  *See* Fed. R. Civ. P. 60(c)(1).  Parker's motion was not filed within one year, and it cannot be said that a filing fourteen months after a judgment is reasonable.  Accordingly, Parker's motion is denied.

IT IS SO ORDERED this 9th day of June 2015.

UNITED STATES DISTRICT JUDGE